# UNITED STATES DISTRICT COURT

## Southern District of California

Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101−8900
Phone: (619) 557−5600
Fax: (619) 702−9900

W. Samuel Hamrick, Jr.,
Clerk of Court

April 18, 2008

Clerk, U.S. District Court
Middle District of Florida
401 West Central Boulevard
Orlando FL 32801−0120

Re: Luther Thomas, Jr. v. Astrazeneca Pharmaceuticals LP, et al., Case No. 3:08−cv−00391−DMS−LSP

Dear Sir or Madam:

Pursuant to Order transferring the above−entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.,
Clerk of the Court

By: s/ M. Marner, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF_________________
AND ASSIGNED CASE NUMBER_________________

CLERK, U.S. DISTRICT COURT

By:__________________________________, Deputy