CLOSED

# U.S. District Court
# Southern District of California (San Diego)
# CIVIL DOCKET FOR CASE #: 3:08-cv-00391-DMS-LSP
# Internal Use Only

Thomas, Jr. v. Astrazeneca Pharmaceuticals LP et al
Assigned to: Judge Dana M. Sabraw
Referred to: Magistrate Judge Leo S. Papas
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 02/29/2008
Date Terminated: 04/17/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Luther Thomas, Jr.**

represented by **David C. Andersen**
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
(540)672-4224
Fax: (540)672-3055
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Astrazeneca Pharmaceuticals LP**

**Defendant**

**Astrazeneca LP**

I hereby attest and certify on 4/18/08
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. Marner Deputy

| Date Filed | # | Docket Text |
|---|---|---|
| 02/29/2008 | 1 | COMPLAINT with Jury Demand against Astrazeneca Pharmaceuticals LP, Astrazeneca LP ( Filing fee $ 350 receipt number 148252), filed by Luther Thomas, Jr.(kmm) (av1, ). (Entered: 03/03/2008) |
| 04/17/2008 | 2 | Case transferred to Middle District of Florida. Original file, certified copy of transfer order, and docket sheet sent by e-mail to: *Middle District of Florida**401 West Central Boulevard**Orlando FL 32801-0120* (mam) (Entered: 04/18/2008) |